COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Richard M. Thomas v. The State of Texas

Appellate case number:   01-15-00558-CR

Trial court case number:  1411673

Trial court:                      176th District Court of Harris County

Appointed counsel, Clyde Williams, moved to withdraw from the appeal and filed a brief concluding that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel's brief raises several issues that he contends are arguable, including ineffective assistance of trial counsel based on (1) the failure to object to extraneous evidence of "pimping," (2) the failure to file a motion to suppress appellant's statements, and (3) the failure to call mitigation witnesses during the punishment phase. Based on our independent review of the record, we conclude that, we "must abate the appeal and remand the case to the trial court with orders to appoint other counsel to present those and any other grounds that might support the appeal." *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). Further, we must allow counsel that filed the *Anders* brief to withdraw from the case. *See id.*

Accordingly, we strike appellate counsel's *Anders* brief and grant his motion to withdraw. *Cf. Williams v. State*, 976 S.W.2d 871, 873 (Tex. App.—Corpus Christi 1998, order) (striking counsel's brief and removing him from the appeal); *Marsh v. State*, 959 S.W.2d 224, 226 (Tex. App.—Dallas 1996, order), *disp. on merits*, No. 05-92-00482-CR, 1998 WL 234202 (Tex. App.—Dallas May 12, 1998, no pet.) (same). We abate this appeal and remand the cause for the trial court to appoint new appellate counsel.[1] The trial court is ordered to inform this Court in writing of the identity of new counsel and the date of appointment **within 20 days of the date of this order**. Counsel's brief will be due **30 days after the trial court makes its appointment**. This appeal will be reinstated after the notice of appointment is received by this Court.

It is so ORDERED.

---

[1]     New appellate counsel should investigate the record and file a new brief for appellant. Counsel's brief may either present an argument on the merits or a proper *Anders* brief and motion to withdraw, as determined by counsel after a conscientious examination of the record.

Judge's signature: /s/ <u>Rebeca Huddle</u>

☐ Acting individually    ☐ Acting for the Court

Date:  February 18, 2016